Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
Southern District of Texas

Houston Division

| | | |
|---|---|---|
| Cynthia Ann Garcia | ) | Case No. 4:25-CV-01116 |
| | ) | (to be filled in by the Clerk's Office) |
| *Plaintiff(s)* | ) | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | Jury Trial: (check one) ☐ Yes ☐ No |
| -v- | ) | United States Courts<br>Southern District of Texas<br>FILED<br>APR 14 2025<br>Nathan Ochsner, Clerk of Court |
| United States President Donald Trump, Governor Greg Abbott, Senator Ted Cruz, FBI, Texas Rangers, Starr County apprasil, Starr County Tax, Roma ISD Tax, Starr County Courts, City of Roma | ) | |
| *Defendant(s)* | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Cynthia Ann Garcia |
| Street Address | 2103 S. Millbend Dr. #2101 |
| City and County | The Woodlands, Montegomery County |
| State and Zip Code | Texas 77380 |
| Telephone Number | 832-953-3132 (email if no anwer) |
| E-mail Address | garciacynthia2024@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | City of Roma |
| Job or Title *(if known)* | N/A |
| Street Address | 201 W.Convent Blvd |
| City and County | Roma, Starr County |
| State and Zip Code | Texas 78584 |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

Defendant No. 2

| | |
|---|---|
| Name | Starr County |
| Job or Title *(if known)* | Starr 911 Dept., Starr Tax and Starr Apprasil District |
| Street Address | 100 FM 3167 #300 |
| City and County | Rio Grande City, Starr County |
| State and Zip Code | Texas 78582 |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

Defendant No. 3

| | |
|---|---|
| Name | Starr County District Court-- Old Court |
| Job or Title *(if known)* | N/A |
| Street Address | 401 Britton AVe #304 |
| City and County | Rio Grande City Starr County |
| State and Zip Code | Texas 48582 |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

Defendant No. 4

| | |
|---|---|
| Name | El Sauz Water Supply |
| Job or Title *(if known)* | N/A |
| Street Address | 1169 N FM 649 |
| City and County | Roma Starr County |
| State and Zip Code | Tezas 78584 |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C. § 1983; U.S. Constitution, First, Fourth, Fifth, and Fourteenth Amendments (Due Process, Equal Protection, and Retaliation for Protected Speech); denial of access to public services and utilities; unlawful property deprivation; discriminatory tax assessments with not matching deeds;and failure to act on criminal complaints from Cartels from Mexico that are squatting on my Texas border homestead and Ranch in Rio Grande City I an not allowed to resided in the homestead or visit the ranch by public officials.Nor clean or maintance the business of the Roma Inn.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Cynthia Ann Garcia, is a citizen of the State of *(name)* Texas.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

  b. If the defendant is a corporation

   The defendant, *(name)* United States of America, is incorporated under the laws of the State of *(name)* Texas, and has its principal place of business in the State of *(name)* Starr County.

   Or is incorporated under the laws of *(foreign nation)* _____,

   and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Over 37,080 in unpaid labor already submitted as an invoice to the estate. Additional 320+ hours of uncompensated work related to legal, research, and property administration. Denial of access to the Plaintiff rightful homestead, resulting in housing instability and property damage. Loss of fair tax treatment and over-assessment on estate properties Emotional distress, retaliation, and loss of civil rights due to unlawful actions by local officials

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

United States President Donald Trump, Governor Greg Abbott, Senator Ted Cruz, FBI, Texas Rangers, Roma Police failed to protect me, ignored my written letter to them and not remove unlawful squatters. Cartels from Mexcio are living on my homestead without water since 2010, and I am not allowed on the ranch in Rio Grande city Texas since 2007. And not able to live on my homestead I am an heir, There is evidence of unlawful or erroneous tax assessments, tied to property entries that do not appear to have a valid or matching deed of record. Starr County Courts will not give me court hearing date for my orders since my dad was murdered in March 2007, City of Roma will not issuse me 911 address for the texas border properties.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pay me for my unpaid work wages of $4,742,882.00 of over 37,080 hours of hard work in Starr County Courts as admin in Starr County. Transfer title of the 31 year old Homestead title to my name. Undo and Return the taken property that the US took from the edge of the river from the homestead. October 31, 2024 10:34 am --Compensate me for damages of the land and homestead of $10 million dollars.
Inability to access water or basic services unless paying excess fees. of over $2,000.
Compensatio for Suffered since 2007 during probate due to the United States-- $30 millions dollars
Sign the declartory judgement, Transferre title to my name for partial compensation of 1776 E Grant Roma, Texas

investigate all of the properties in Starr appraisal, and order a surveyor, and pay the cost on all of the estate properties. plus new title fees

October 31, 2024 8:30 am --Compensate me the damages done of $11 million dollars of 1776 E Grant Roma, Texas 78584. I was denied human rights of services of drinking water and waste unless I show them a deed under my name. ~~[redacted]~~ January 2025--Rejecting my emergency relief for homestead relief cause, ✓ to live there damages--unknown fee for damages. ~~[redacted]~~ For the US Fault and what ~~they to have~~ suffered. The United States ,"You are not defined by your mistakes. You are defined by God's love."

Starrs courts

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    04/08/2025

Signature of Plaintiff

Printed Name of Plaintiff    Cynthia Ann Garcia

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address



HOUSTON TX RPDC 773
10 APR 2025 PM 6 L

Cynthia Garcia
2301 S. Millbend Dr. #2101
The Woodlands, Tex 77380

Clerk
United States District Court
Southern District of Texas
P.O. Box 61010
Houston, Texas 77208

United States Courts
Southern District of Texas
FILED
APR 14 2025
Nathan Ochsner, Clerk of Court

77208-101010